IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 22-00244-01-CR-W-BP |
| | ) | |
| DERONE D. GIPSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND (2) FINDING DEFENDANT COMPETENT TO PROCEED

In November 2023, Defendant Derone Gipson was ordered to undergo a competency evaluation. (Docs. 43, 44.) He was examined by Kristin Conlon, Psy.D., who found he is competent to proceed with this case. (*See* Doc. 50.) On February 29, 2024, the Honorable Jill A. Morris, Magistrate Judge for this District, held a hearing; the parties stipulated that Dr. Conlon would testify consistent with her report and offered no other evidence. (*See* Doc. 55.) Thereafter, Judge Morris issued a Report and Recommendation, suggesting Defendant be found competent to proceed. (Doc. 53.) No party levied an objection, and the time to do so has passed. *See* Local Rule 74.1(b). The Court has conducted a de novo review of the Record (including Dr. Conlon's report), and it agrees with Judge Morris's conclusion. Accordingly, the Court **ADOPTS** the Report and Recommendation in its entirety and **FINDS** Defendant competent to proceed.

**IT IS SO ORDERED.**

DATE: <u>March 20, 2024</u>

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT