IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                                                    Criminal Action No.
                                                                                       22-00244-01-CR-W-BP

DERONE D. GIPSON,

        Defendant.

_____

**MEMORANDUM OF MATTERS DISCUSSED AND
<u>ACTION TAKEN AT PRETRIAL CONFERENCE</u>**

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGEs**:
<u>Counts 1, 2, 3:</u> Distribution of Methamphetamine (Actual) Within 1,000 Feet of a Playground) *in violation of* 21 U.S.C. §§ 841(a)(1) and 860(a)
<u>Count 4:</u> Conspiracy to Distribute a Controlled Substance *in violation of* 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846 and 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
<u>Count 5:</u> Possession With Intent to Distribute Methamphetamine Within 1,000 Feet of a Playground *in violation of* 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 860
<u>Count 6:</u> Felon in Possession of a Firearm *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(2)
<u>Count 7:</u> Possession of a Firearm in Furtherance of a Drug Trafficking Offense *in violation of* 18 U.S.C. § 924(c)(1)(A)(i)
<u>Count 8:</u> Maintaining a Drug-Involved Premises Within 1,000 Feet of a Playground *in violation of* 21 U.S.C. §§ 856(a) and (b) and 860
<u>Allegation of Criminal Forfeiture</u>

**TRIAL COUNSEL**:
        Government: Sean Foley, Joe Marquez and Paralegal Amy Woody
           Case Agent: Detective Trenton Johns, KCPD
        Defense: F. A. White, Jr., and Blade Moore

**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**: Government – None; Defense- Motion in Limine

**TRIAL WITNESSES**:
        Government: 8 with stipulations; 14-15 without stipulations
        Defense: 3 witnesses, including Defendant who (  ) will
                                                    ( x ) may
                                                    (  ) will not testify

**TRIAL EXHIBITS**:
    Government: 80-90 exhibits
    Defense: 10 exhibits

**DEFENSES**:
    ( x )    defense of general denial
    (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    ( x ) Definitely for trial                      (   ) Possibly for trial
    (   ) Motion to continue to be filed      (   ) Likely a plea will be worked out

**TRIAL TIME**: **3.5 days**
    Government's case including jury selection: 2.5-3 days
    Defense case: .5 day

**STIPULATIONS**:
    (   )    not likely
    (   )    not appropriate
    ( x )    likely as to:
           ( x )    chain of custody
           ( x )    chemist's reports
           ( x )    prior felony conviction
           (   )    interstate nexus of firearm
           ( x )    other: admission of exhibits

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: 5/20/2024
Defense: 5/20/2024
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: 5/20/2024
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: 5/20/2024

**TRIAL SETTING**: Criminal jury trial docket commencing 6/3/2024
    **Please note**: The Government has USAO training, offered only once a year, out of district the entire first week of the trial docket, from 6/3 to 6/7. A Government witness is also unavailable that entire first week. Regarding the Defense, co-counsel Blade Moore will be unavailable the entire second week of the docket, from 6/10 to 6/14. Lead Defense Counsel Al White indicates that he can try the case the second week, if necessary.

**OTHER**:
    ( )   A _____-speaking interpreter is required.
    ( )   Other assistive devices: _____

**IT IS SO ORDERED.**

                                                            */s/ Jill A. Morris*
                                                           JILL A. MORRIS
                                                           United States Magistrate Judge