IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-

DERONE D. GIPSON,

        Defendant.

Criminal Action No.
22-00244-01-CR-W-BP

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:

| | |
|---|---|
| Counts 1, 2, 3: | Distribution of Methamphetamine (Actual) Within 1,000 Feet of a Playground) *in violation of* 21 U.S.C. §§ 841(a)(1) and 860(a) |
| Count 4: | Conspiracy to Distribute a Controlled Substance *in violation of* 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846 and 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| Count 5: | Possession With Intent to Distribute Methamphetamine Within 1,000 Feet of a Playground *in violation of* 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 860 |
| Count 6: | Felon in Possession of a Firearm *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| Count 7: | Possession of a Firearm in Furtherance of a Drug Trafficking Offense *in violation of* 18 U.S.C. §924(c)(1)(A)(i) |
| Count 8: | Maintaining a Drug-Involved Premises Within 1,000 Feet of a Playground *in violation of* 21 U.S.C. §§ 856(a) and (b) and 860 |

Allegation of Criminal Forfeiture

**TRIAL COUNSEL**:
    Government: Sean Foley, Joe Marquez and Paralegal Amy Woody
        Case Agent: Detective Trenton Johns, KCPD
    Defense: Beau Brindley, with Michael Thompson, subject to admission pro hac vice

**OUTSTANDING MOTIONS**: Motion in Limine (Doc. 92) – filed by Defendant's previous counsel; new defense counsel will be withdrawing the motion

**ANTICIPATED MOTIONS**: Government – Motions in Limine; Defendant – Objection to Government's 404(b) Notice

**TRIAL WITNESSES**:
    Government: 9 with stipulations; 14-16 without stipulations
    Defense: 4 witnesses, including Defendant who ( ) will
                                                                           ( x ) may
                                                                          ( ) will not testify

**TRIAL EXHIBITS**:
    Government: 100 exhibits
    Defense: no additional exhibits identified at this time

**DEFENSES**:
        ( x )    defense of general denial
        (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    ( x ) Definitely for trial              ( ) Possibly for trial
    ( ) Motion to continue to be filed    ( ) Likely a plea will be worked out

**TRIAL TIME**: **3 days**
    Government's case including jury selection: 2.5 days
    Defense case: .5 days

**STIPULATIONS**:
        (   )    not likely
        (   )    not appropriate
        ( x )    likely as to:
                (   )    chain of custody
                ( x )    chemist's reports
                ( x )    prior felony conviction
                ( x )    interstate nexus of firearm
                ( x )    other: within 1,000 feet of a playground
                ( x )    pre-admission of exhibits

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: August 30, 2024
    Defense: August 30, 2024
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: August 30, 2024
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: August 30, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing September 16, 2024
**Please note**:   The Government requests the first week of the trial docket as a witness is unavailable from September 23-26, and Government counsel has a personal conflict during the second week of the docket.   Defense counsel requests the second week of the docket as he is representing corporate officers in a criminal case scheduled for trial during the first week of the docket in federal district court in California, though a plea in that case seems likely.   The parties may also be able to stipulate to the testimony of the witness who is unavailable during the second week of the docket.

**OTHER**:
    ( )   A _____-speaking interpreter is required.
    ( )   Other assistive devices: _____

**IT IS SO ORDERED.**

                                               */s/ Jill A. Morris*
                                               JILL A. MORRIS
                                               United States Magistrate Judge